DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERNESTO LOPEZ,**
Appellant,

v.

**LUZ PATRICIA VALLEJO,**
Appellee.

No. 4D2025-0199

[April 2, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 502019DR004747XXXXNB.

Troy William Klein of Law Office of Troy W. Klein, P.A., West Palm Beach, for appellant.

Luz Patricia Vallejo, Fort Pierce, pro se.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***